# FILED
## UNDER
# SEAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:16-cr-00268-APG-CWH |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR ROBERT BUSTAMANTE (ID# 2887974) |
| vs. | |
| ROBERT BUSTAMANTE, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said ROBERT BUSTAMANTE before the United States District Court at Las Vegas, Nevada, on or about Tues. 9/27/2016, at the hour of 3:00 PM, for an Initial Appearance and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 20, 2016

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ALEXANDRA M. MICHAEL
3  Assistant United States Attorney
   501 Las Vegas Boulevard South
4  Suite 1100
   Las Vegas, Nevada 89101
   702-388-6336
5  alexandra.m.michael@usdoj.gov



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | Case No.: 2:16-cr-00268-APG-CWH |
|---|---|
| Plaintiff, | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR ROBERT BUSTAMANTE (ID# 2887974) |
| vs. | |
| ROBERT BUSTAMANTE, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that ROBERT BUSTAMANTE is committed by due process of law in the custody of the Warden, CLARK COUNTY DETENTION CENTER, 330 S. Casino Center Blvd., Las Vegas, Nevada 89101, that it is necessary that the said ROBERT BUSTAMANTE be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said ROBERT BUSTAMANTE may be present before the United States District Court for the District of Nevada, at Las Vegas, Nevada, on _ Tues. 9/27/2016 at the hour of ___ 3:00 PM ., for an Initial Appearance and from time to time and day to day thereafter until excused by the said Court.

1  That the presence of the said ROBERT BUSTAMANTE before the United States District Court on or about Tues. 9/27/2016, at the hour of 3:00 PM, for an Initial Appearance and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, CLARK COUNTY DETENTION CENTER, 330 S. Casino Center Blvd., Las Vegas, Nevada 89101, and to the United States Marshal for the District of Nevada, commanding them to produce the said ROBERT BUSTAMANTE before the United States District Court on or about Tues. 9/27/2016, at the hour of 3:00 PM, for an Initial Appearance and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, CLARK COUNTY DETENTION CENTER, 330 S. Casino Center Blvd., Las Vegas, Nevada 89101.

DATED this 20th day of September, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

ALEXANDRA M. MICHAEL
Assistant United States Attorneys