**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff/Respondent<br><br>v.<br><br>Robert Baustamante,<br><br>    Defendant/Petitioner | Case No.: 2:16-cr-00268-APG-CWH<br><br>**Order Directing Response to § 2255 Motion and Setting Briefing Schedule** |

Defendant Robert Baustamante filed a motion under 28 U.S.C. § 2255, arguing that his sentence should be vacated. ECF No. 59.  A response from the government is warranted.

I THEREFORE ORDER the government to file a response to Cooper's petition (ECF No. 59) by June 15, 2020.  Baustamante may file a reply within 30 days of service of the government's response.

Dated: May 13, 2020.

_____
U.S. District Judge Andrew P. Gordon