AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT BAUSTAMANTE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Civil Case No.: 2:20-cv-0841-APG

(Criminal Case No: 2:16-cr-00268-APG )

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision

**IT IS ORDERED AND ADJUDGED**

Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is

DENIED. IT IS FURTHER ORDERED that defendant is denied a certificate of appealability.

12/8/2020
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk